# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BRENTWOOD BOROUGH SCHOOL DISTRICT | : No. 142 WAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
| | : |
| | : |
| HEATHER HELD | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| HSBC BANK USA, N.A. | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| GROVE PROPERTIES, INC. | : |
| | : |
| | : |
| PETITION OF:  HSBC BANK USA, N.A. | : |

## ORDER

**PER CURIAM**

AND NOW, this 7th day of October, 2015, the Petition for Allowance of Appeal is

GRANTED. The issue, rephrased for clarity, is:

(1)    When is a property "vacant" for purposes of Section 32(c) of the Pennsylvania Municipal Claims and Tax Lien Act?